IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 2-19CR-070-D |
| v. | |
| NORBERTO FERNANDEZ HERNANDEZ | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 2 5 2019
CLERK, U.S. DISTRICT COURT
By _____ Deputy

INDICTMENT

The Grand Jury Charges:

<u>Count One</u>
Possession with Intent to Distribute 500 Grams or More of Methamphetamine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii))

On or about April 22, 2019, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Norberto Fernandez Hernandez**, defendant, did knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
SEAN J. TAYLOR
Assistant United States Attorney
Texas Bar No. 24075147
500 South Taylor Street, Suite 300
Amarillo, Texas  79101-2446
Telephone:   806-324-2356
Facsimile:    806-324-2399
E-Mail:         sean.taylor@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

NORBERTO FERNANDEZ HERNANDEZ

INDICTMENT

COUNT 1: POSSESSION WITH INTENT TO DISTRIBUTE 500 GRAMS OR MORE OF METHAMPHETAMINE
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

(1 COUNT)

A true bill rendered:

Amarillo _____ Foreperson

Filed in open court this 25th day of April ,A.D. 2019.

_____ Clerk

DEFENDANT IN FEDERAL CUSTODY
(Complaint filed 4/24/2019 – 2:19-MJ-84)

UNITED STATES MAGISTRATE JUDGE