U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

**AUG 3 0 2019**

CLERK, U.S. DISTRICT COURT
By _____
                    Deputy

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

NORBERTO FERNANDEZ HERNANDEZ

No. 2:19-CR-070-Z
**(Supersedes indictment returned
on 4/25/2019)**

## SUPERSEDING INFORMATION

The United States Attorney Charges:

### Count One
Possession with Intent to Distribute Methamphetamine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about April 22, 2019, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Norberto Fernandez Hernandez**, defendant, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

ERIN NEALY COX
UNITED STATES ATTORNEY

SEAN J. TAYLOR
Assistant United States Attorney
Texas Bar No. 24075147
500 South Taylor Street, Suite 300
Amarillo, Texas   79101-2446
Telephone:   806-324-2356
Facsimile:   806-324-2399
E-Mail:       sean.taylor@usdoj.gov

**Norberto Fernandez Hernandez**
**Superseding Information – Solo Page**